[No. 59525-3-I.   Division One.   November 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGG BELYEU, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-1-01139-5, Steven J. Mura, J., entered February 6, 2007. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Grosse, J.

[No. 60127-0-I.   Division One.   November 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS GONZALEZ-QUEZADA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05995-2, Michael Hayden, J., entered March 13, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Schindler, JJ.

[No. 62593-4-I.   Division One.   November 8, 2010.]

BRYAN'S ONE STOP INC., *Appellant*, v. CHAN K. HO ET AL., *Respondents*, BROWN PETROLEUM, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-04967-5, Bruce E. Heller, J., entered October 2, 2008. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Appelwick and Schindler, JJ.

[No. 62774-1-I.   Division One.   November 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS J. DELANTY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-06165-5, Christopher A. Washington, J., entered December 16, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Schindler, JJ.